UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

REAL PROPERTY AND IMPROVEMENTS LOCATED AT 10 TABLE BLUFF ROAD, LOLETA, CALIFORNIA, (APN 308-271-026),

        Defendant.
_____/

JOAN HUNZIKER, CITIMORTGAGE, INC., AND CITIBANK, N.A.,

        Claimants.
_____/

Case No. C 06-5256 EDL

RECUSAL ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

This Court recuses itself from hearing this matter due to Claimant Citibank's filing. The Clerk shall reassign this matter forthwith to another judge.

IT IS SO ORDERED.

Dated: November 27, 2006

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge