| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | MARK KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | PATRICIA J. KENNEY (CSBN 130238)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 9th Floor<br>San Francisco, California 94102<br>Telephone: 415.436.6857 |
| 7 | Facsimile: 415.436.6748<br>Email: patricia.kenney@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06-5256 SI |
| Plaintiff, | ) | |
| v. | ) | ORDER RE: SEALING OF<br>(1) THE DETAILED DECLARATION OF<br>SPECIAL AGENT THOMAS CALHOON AND<br>(2) FUTURE DECLARATIONS ON THE<br>STATUS OF THE INVESTIGATION |
| REAL PROPERTY AND<br>IMPROVEMENTS LOCATED AT<br>10 TABLE BLUFF ROAD, LOLETA,<br>CALIFORNIA (APN 308-271-026), | ) | |
| Defendant. | ) | |
| JOAN HUNZIKER, CITIMORTGAGE,<br>INC., AND CITIBANK, N.A., | ) | |
| Claimants. | ) | |

The United States of America has applied to this Court for an Order sealing the Detailed Declaration of Special Agent Thomas Calhoon in Support of the Motion of the United States to Stay the Instant Case Pursuant to 18 U.S.C. § 981(g).

///

1  UPON CONSIDERATION of that application and the entire record, and for good cause
2  shown, it is by the Court on this 22nd day of February, 2007
3  ORDERED that the Detailed Declaration of Special Agent Thomas Calhoon in Support
4  of the Motion of the United States to Stay the Instant Case Pursuant to 18 U.S.C. § 981(g), and
5  any future declarations in support of a further stay, shall be filed under seal of this Court pursuant
6  to 18 U.S.C. § 981(g)(5), and shall not be disclosed to any person until further order of the Court.

_____
HONORABLE SUSAN ILLSTON
United States District Judge