SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102
Telephone: 415.436.6857
Facsimile:   415.436.6748
Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-5256 SI |
| Plaintiff, | |
| v. | STIPULATION AND ORDER RE: SCHEDULING |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 10 TABLE BLUFF ROAD, LOLETA, CALIFORNIA (APN 308-271-026), | |
| Defendant. | |
| JOAN HUNZIKER, CITIMORTGAGE, INC., AND CITIBANK, N.A., | |
| Claimants. | |

1    The parties and claimants agree, subject to this Court's approval, that the case
2    management conference scheduled for March 2, 2007, and the filing of the joint case
3    management conference scheduled for February 23, 2007, should be postponed until the date of
4    the hearing on the motion to stay. Although claimant Hunziker wants the Court to hold a hearing
5    on the motion to stay, the United States submits that no hearing is necessary because the basis the
6    stay is requested in the detailed declaration of Special Agent Thomas Calhoon which the United
7    States has asked the Court to seal.

8

9    IT IS SO STIPULATED:                          SCOTT N. SCHOOLS
                                                   United States Attorney
10

11   Dated: February ___, 2007
                                                   PATRICIA J. KENNEY
12                                                 Assistant United States Attorney
                                                   Attorney for the United States
13

14   Dated: February ___, 2007
                                                   BRENDA GRANTLAND
15                                                 Attorney for Claimant Joan Hunziker

16
     Dated: February 22, 2007
17
                                                   MICHAEL CHANG
18                                                 Attorney for Claimants
                                                   CitiMortgage, Inc., and
                                                   Citibank, N.A.
19

20

21   IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS ____
22   DAY OF FEBRUARY, 2007.

23

24                                                 HONORABLE SUSAN ILLSTON
                                                   United States District Judge
25

26

27

28

Stip & Order Re: Scheduling
No. 06-5256 SI                            2

1  The parties and claimants agree, subject to this Court's approval, that the case
2  management conference scheduled for March 2, 2007, and the filing of the joint case
3  management conference scheduled for February 23, 2007, should be postponed until the date of
4  the hearing on the motion to stay. Although claimant Hunziker wants the Court to hold a hearing
5  on the motion to stay, the United States submits that no hearing is necessary because the basis the
6  stay is requested in the detailed declaration of Special Agent Thomas Calhoon which the United
7  States has asked the Court to seal.

IT IS SO STIPULATED:

                                         SCOTT N. SCHOOLS
                                         United States Attorney

Dated: February ___, 2007

                                         PATRICIA J. KENNEY
                                       Assistant United States Attorney
                                       Attorney for the United States

Dated: February 22, 2007  /s/ Brenda Grantland
                                       BRENDA GRANTLAND
                                       Attorney for Claimant Joan Hunziker

Dated: February ___, 2007
                                       MICHAEL CHANG
                                       Attorney for Claimants
                                       CitiMortgage, Inc., and
                                       Citibank, N.A.

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS 23rd DAY OF FEBRUARY, 2007.

                                       /s/ Susan Illston
                                       HONORABLE SUSAN ILLSTON
                                       United States District Judge

The case management conference has been continued to 3/30/07 @ 2:30 p.m.