1  SCOTT N. SCHOOLS (CSBN 118321)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, 9th Floor
6  San Francisco, California 94102
   Telephone:  415.436.6857
7  Facsimile:   415.436.6748
   Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,           )
                                       )
14              Plaintiff,             )
                                       )
15        v.                           )   No. C 06-5256
                                       )
16 REAL PROPERTY AND                   )
   IMPROVEMENTS LOCATED AT             )   STIPULATION AND ORDER
17 10 TABLE BLUFF ROAD, LOLETA,        )   AUTHORIZING EXTENSION OF THE
   CALIFORNIA (APN 308-271-026),       )   LISTING AGREEMENT BY 90 DAYS TO
18                                     )   AND INCLUDING JULY 11, 2007
                Defendant.             )
19 _____)
                                       )
20 JOAN HUNZIKER, CITIMORTGAGE,        )
   INC. AND CITIBANK, N.A.,            )
21                                     )
                Claimants.             )
22 _____)

23

24

25

26

27

28

1  Based on the recommendation of the realtor selected, the parties agree, subject to the
2  Court's approval, that:
3     1.   Pursuant to paragraph 7.b. of the Stipulation and Order Authorizing the
4         Interlocutory Sale of Defendant Real Property entered on December 12, 2006, the
5         listing price for defendant 10 Table Bluff Road, shall be lowered to $640,640; and
6     2.   Pursuant to paragraph 7.c. of the Stipulation and Order Authorizing the
7         Interlocutory Sale of Defendant Real Property entered on December 12, 2006, the
8         contract with Larry Parker, Benchmark Realty Group, the real estate broker
9         chosen by claimant Hunziker and approved by the United States, for listing
10        defendant 10 Table Bluff shall be extended by 90 days, to and including July 11,
11        2007.

13  IT IS SO STIPULATED:      SCOTT N. SCHOOLS
14        United States Attorney

15  Dated: April 25, 2007
16        PATRICIA J. KENNEY
      Assistant United States Attorney

17
18  Dated: April ____, 2007
      BRENDA GRANTLAND
19        Attorney for Claimant Joan Hunziker

21  PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS ____
22  DAY OF _____, 2007.

24  
25  SUSAN ILLSTON
      United States District Judge

Stip & Order Re: Change in Listing Price
No. 06-5256 SI      2

|   |   |
|---|---|
| 1 | Based on the recommendation of the realtor selected, the parties agree, subject to the Court's approval, that: |
| | 1. Pursuant to paragraph 7.b. of the Stipulation and Order Authorizing the Interlocutory Sale of Defendant Real Property entered on December 12, 2006, the listing price for defendant 10 Table Bluff Road, shall be lowered to $640,640; and |
| | 2. Pursuant to paragraph 7.c. of the Stipulation and Order Authorizing the Interlocutory Sale of Defendant Real Property entered on December 12, 2006, the contract with Larry Parker, Benchmark Realty Group, the real estate broker chosen by claimant Hunziker and approved by the United States, for listing defendant 10 Table Bluff shall be extended by 90 days, to and including July 11, 2007. |

IT IS SO STIPULATED:                    SCOTT N. SCHOOLS
                                         United States Attorney

Dated: April 25, 2007
                                         _____
                                         PATRICIA J. KENNEY
                                         Assistant United States Attorney

Dated: April 26, 2007
                                         /s/ Brenda Grantland
                                         BRENDA GRANTLAND
                                         Attorney for Claimant Joan Hunziker


PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS ____
DAY OF _____, 2007.


                                         _____
                                         SUSAN ILLSTON
                                         United States District Judge


Stip & Order Re: Change in Listing Price
No. 06-5256 SI                          2