JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: 415.436.6857
Facsimile:  415.436.7234
Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 10 TABLE BLUFF ROAD, LOLETA, CALIFORNIA (APN 308-271-026),<br><br>　　　　Defendant.<br><br>JOAN HUNZIKER, CITIMORTGAGE, INC., AND CITIBANK, N.A.,<br><br>　　　　Claimants. | No. 06-5256 SI<br><br>STIPULATION AND ORDER RE: SCHEDULING |

Counsel for the United States and counsel for claimant Joan Hunziker agree, subject to this Court's approval, that the case be stayed for 90 days and all deadlines be extended by 90 days primarily for the purpose of determining whether the parties can resolve this case without further expensive and time-consuming litigation, but also because both counsel have serious health concerns, and counsel of the United States will be undergoing surgery on October 19, 2009. Counsel recognize that there are a number of expenses if this litigation goes forward on the current schedule, including a deposition next week which the United States is taking in Eureka; the deposition of claimant's son, Brendon Clarke, who is living in southern California and would have to be deposed there; the deposition of claimant Hunziker; the expense involved responding to the pending written discovery requests of the parties. In addition, unknown at the time of the last CMC, counsel for the United States will be undergoing surgery, a total right knee replacement, on October 19, 2009 and will, at a minimum, be out of the office on medical leave for three weeks. As the Court recalls, counsel for claimant was unable to attend the last CMC because she had injured her knee by fracturing the tibial plane approximately six weeks ago and is still unable to walk for more than a few minutes, drive in a vehicle without pain and unable to fly – which would likely be involved in taking a deposition in southern California..

Specifically, counsel agree to the following rescheduled deadlines:

1. That claimant's responses to the United States' requests for admissions, interrogatories and requests for documents which are due on or before October 21, 2009 are extended to and including January 19, 2010;

2. That the United States' responses to claimants' requests for admissions, interrogatories and requests for documents which are due on or before November 9, 2009 are extended to and including February 8, 2010;

3. That the September 9, 2009 pretrial preparation order dates are extended by 90 days as follows (except for the pretrial and trial dates which counsel anticipate can be rescheduled, if necessary, at the January 29, 2010 case management conference):

Stip & Order Re: Scheduling
No. 06-5256 SI                                2

  a.  A further case management conference currently scheduled for November 13, 2009 will be held on January 29, 2010 at 3:00 p.m.;

  b.  The expert and non-expert discovery cut off currently scheduled for December 18, 2009 will be extended to and including March 19, 2010; and

  c.  The parties dispositive motions currently scheduled to be filed on January 29, 2010 are due to be filed on April 30, 2010.

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: October 9, 2009

/s/ Patricia J. Kenney
PATRICIA J. KENNEY
Assistant United States Attorney
Attorney for the United States

Dated: October 9, 2009

_____
BRENDA GRANTLAND
Attorney for Claimant Joan Hunziker


IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS ____ DAY OF OCTOBER, 2009.

/s/ Susan Illston
_____
HONORABLE SUSAN ILLSTON
United States District Judge

Stip & Order Re: Scheduling
No. 06-5256 SI   3

1    a.   A further case management conference currently scheduled for November
2         13, 2009 will be held on January 29, 2010 at 3:00 p.m.;
3    b.   The expert and non-expert discovery cut off currently scheduled for
4         December 18, 2009 will be extended to and including March 19, 2010;
5         and
6    c.   The parties dispositive motions currently scheduled to be filed on January
7         29, 2010 are due to be filed on April 30, 2010.

IT IS SO STIPULATED:                         JOSEPH P. RUSSONIELLO
                                             United States Attorney

Dated: October 9, 2009
                                             _____
                                             PATRICIA J. KENNEY
                                             Assistant United States Attorney
                                             Attorney for the United States

Dated: October 9, 2009                       _____
                                             BRENDA GRANTLAND
                                             Attorney for Claimant Joan Hunziker

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS _____
DAY OF OCTOBER, 2009.

                                             _____
                                             HONORABLE SUSAN ILLSTON
                                             United States District Judge

Stip & Order Re: Scheduling
No. 06-5256 SI                          3