

**United States Department of Justice**

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*         Telephone: 415.436.6857
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102-3495*     Facsimile: 415.436.7234

October 15, 2009

**IT IS SO ORDERED**
/s/ Susan Illston
Judge Susan Illston

Tracy Forakis
Clerk to the Honorable Susan Illston
450 Golden Gate Ave.
San Francisco, CA 94102

Re:  *United States v. $131,551.03 plus Accrued Interest from the Sale of 10 Table Bluff, Loleta, CA,* C 06-5256 SI (N.D. Cal.)

Dear Ms. Forakis:

Thank you for bringing to our attention that the parties were not clear in their recently filed stipulation rescheduling various dates as to whether we were asking the Court to also vacate the pretrial and trial dates in this case. We had intended for those dates to be vacated and, if necessary, rescheduled by the Court at the January 29, 2009 case management conference.

At your suggestion, I emailed claimant's counsel, Brenda Grantland, who authorized me to send this letter informing you that we had intended the pretrial and trial dates be vacated, and Ms. Grantland has authorized me to send this letter on behalf of us both.

JOSEPH P. RUSSONIELLO
United States Attorney

By:  _____/s/_____
PATRICIA J. KENNEY
Assistant United States Attorney

cc: Brenda Grantland, Esq.