1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone: 415.436.6857
7  Facsimile:  415.436.7234
   Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12              SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,           ) No. 06-5256 SI
14 |            Plaintiff,               )
   |                                     ) STIPULATION AND ORDER
15 |       v.                            ) RE: SCHEDULING
16 | REAL PROPERTY AND                   )
   | IMPROVEMENTS LOCATED AT             )
17 | 10 TABLE BLUFF ROAD, LOLETA,        )
   | CALIFORNIA (APN 308-271-026),       )
18 |                                     )
   |            Defendant.               )
19 |_____)
20 | JOAN HUNZIKER,                      )
   |                                     )
21 |            Claimant.                )
   |_____)
22

25     Counsel for the United States and counsel for claimant Joan Hunziker agree, subject to
26 this Court's approval, that the case management conference in this case which is scheduled for
27 ///
28 ///

1 | February 26, 2010 at 2:00 p.m. be re-scheduled at the time and date set for the hearing on
2 | pending motions in this case, which is March 19, 2010 at 9:00 a.m.
3 |
4 | IT IS SO STIPULATED:                         JOSEPH P. RUSSONIELLO
                                                 United States Attorney
5 |
6 | Dated: February 11, 2010
                                                 *signature*
7 |                                              PATRICIA J. KENNEY
                                                 Assistant United States Attorney
                                                 Attorney for the United States
8 |
9 | Dated: February 11, 2010                     *signature*
                                                 BRENDA GRANTLAND
10|                                              Attorney for Claimant Joan Hunziker
11|
12|
13| IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS __11th
14| DAY OF FEBRUARY, 2010.
15|                                              *signature*
16|                                              HONORABLE SUSAN ILLSTON
                                                 United States District Judge
17|
...
28|

Stip & Order Re: Scheduling
No. 06-5256 SI                                   2