JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone:  415.436.6857
    Facsimile:  415.436.7234
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06-5256 SI |
|              Plaintiff, | ) | |
| | ) | |
|    v. | ) | |
| | ) | ORDER EXTENDING TIME FOR THE |
| NET PROCEEDS OF $131,551.03 PLUS | ) | GOVERNMENT TO FILE ITS REPLY BRIEF |
| ACCRUED INTEREST FROM THE SALE | ) | |
| OF 10 TABLE BLUFF, LOLETA, CA | ) | |
| (APN 308-271-026), | ) | |
| | ) | |
|              Defendant. | ) | |
| _____ | ) | |
| JOAN HUNZIKER, | ) | |
|              Claimant. | ) | |
| _____ | ) | |

1   UPON CONSIDERATION of the administrative motion of the United States to extend

2   time for filing its reply brief in support of its summary judgment motion by two business days,

3   and the entire record, it is by the Court on this _____ 1st day of _____ March _____, 2010,

4   ORDERED that the government's motion be, and hereby is, GRANTED; and it is further

5   ORDERED that the government has to and including March 9, 2010, if needed, to file its

6   reply brief.

7

8   _____
    HONORABLE SUSAN B. ILLSTON

9   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order
No. 06-5256 SI                    2