JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone:  415.436.6857
   Facsimile:   415.436.7234
   Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>               Plaintiff, <br>    v. <br> NET PROCEEDS OF $131,551.03 PLUS ACCRUED INTEREST FROM THE SALE OF 10 TABLE BLUFF, LOLETA, CA (APN 308-271-026), <br>               Defendant. <br> JOAN HUNZIKER, <br>               Claimant. | No. 06-5256 SI <br><br> JUDGMENT |

1    UPON CONSIDERATION of the Court's March 22, 2010 decision, the claimant's request
2 to withdraw her claim, the response of the United States, and the entire record, it is by the Court on
3 this __31st__ day of __March__, 2010,
4    ORDERED that claimant be, and hereby is, allowed to withdraw the affirmative defense in
5 her Answer based on a claimed violation of the Eighth Amendment's excessive fines clause without
6 further litigation; and it is further
7    ORDERED, ADJUDGED AND DECREED, defendant Net Proceeds of $131,551.03 Plus
8 Accrued Interest from the Sale of 10 Table Bluff, Loleta, CA, be and hereby are forfeited to the
9 United States; and it is further
10    ORDERED the United States Marshals Service dispose of defendant Net Proceeds of
11 $131,551.03 in accordance with law.

_____
HONORABLE SUSAN ILLSTON
United States District Judge

Judgment
No. 06-5256 SI                                    2